UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GILBERTO GARCIA, *et al.*
*on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                  Plaintiffs,

v.

ALTAMAREA GROUP, LLC, *et al.*,

                  Defendants.

Case No.: 17-cv-9935

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

---

**PLEASE TAKE NOTICE** that the claims of Plaintiffs GILBERTO GARCIA, SANDRA HERAS, DEJA WASHINGTON, JOHEB HASSAN and MICHAEL MOSCHITTO, are hereby dismissed, without prejudice, in their entirety as against Defendants ALTAMAREA GROUP, LLC, MRMADISON LLC, AMG PARK LLC, ALTAMAREA LLC, MICHAEL WHITE, AHMASS FAKAHANY and JOHN DOE CORPORATIONS 1-10, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: January 4, 2018
       New York, New York

For the Plaintiffs:

By: _____
    C.K. Lee, Esq.
    Lee Litigation Group, PLLC
    30 East 39th Street, 2nd Floor
    New York, New York 10016
    Telephone: (212) 465-1188
    Fax: (212) 465-1181
    cklee@leelitigation.com

**SO ORDERED:**

Dated: January 9, 2018

Vernon S. Broderick
United States District Judge